IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

VADZIM KARALENKA,

Petitioner,

v.

Civil Action No. 2:26-cv-972

JEFFREY CRAWFORD, *et al.*,

Respondents.

# ORDER

Vadzim Karalenka ("Petitioner"), a detainee of the United States Immigration and Customs Enforcement ("ICE"), filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241, alleging in part that he has been unlawfully detained at the Farmville Detention Center and has been refused a bond hearing as required by 8 U.S.C. § 1226. Dkt. No. 1.

The factual circumstances and legal issues presented in this Petition appear materially identical to those presented in other recently filed and adjudicated habeas petitions addressing the propriety of mandatory detention pursuant to 8 U.S.C. § 1225(b)(2). Accordingly, it is hereby ORDERED that:

(1) Petitioner **IS NOT to be removed** from the United States for any reason without this Court's permission;

(2) Petitioner **IS NOT to be removed or transferred** from this district for any reason without this Court's permission or until a final order is entered in this case;

(3) Respondents shall file within five days of this order either a notice indicating that the factual and legal issues presented in this Petition do not differ in any material fashion from those presented in *Lopez Garcia v. Guadian*, No. 25-7044, --- F.4th ----, 2026 WL 2661092 (4th

Cir. Sept. 10, 2026), or an opposition to the Petition discussing the material differences between *Lopez Garcia* and this Petition;

(4) If Respondents file a Notice that there are no material differences between this Petition and *Lopez Garcia*, each of the substantive filings in that habeas proceeding will be incorporated into this habeas proceeding, and this Court will issue a ruling without further filings from the parties;

(5) If Respondents file an opposition to the Petition, Petitioner shall file any reply in further support of the Petition within three days of the filing of the opposition; and

(6) Petitioner's Emergency Motion for a Temporary Restraining Order and Order to Show Cause, Dkt. No. 3, is **DENIED** as moot.

Service shall be made upon Respondent in accordance with the Agreement on Acceptance of Service. The Clerk is directed to forward a copy of this order to Petitioner and to Kent Porter, Supervisor of the Civil Division of the U.S. Attorney's Office for the Eastern District of Virginia, Norfolk Division.

It is SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: September 18, 2026