IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

VADZIM KARALENKA,

Petitioner

v. Civil Action No. 2:26-cv-972

JEFFREY CRAWFORD, *et al.*,

Respondents.

**REFERRAL ORDER**

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), this matter is hereby REFERRED to United States Magistrate Judge Robert J. Krask for further proceedings. Magistrate Judge Krask is hereby designated to conduct hearings, including evidentiary hearings, if necessary, and to submit to this Court proposed findings of fact, if applicable, and recommendations for the disposition by the judge in this case.

Magistrate Judge Krask shall file a report of proposed findings and recommendations with the Court, and the Clerk shall forthwith mail copies to all parties or their counsel. Within fourteen days after being served with a copy of Magistrate Judge Krask's report and recommendations, any party may serve and file written objections to such proposed findings and recommendations as provided by 28 U.S.C. § 636(b) and the Local Rules of this Court.

The Clerk is DIRECTED to send a copy of this Order to Petitioner at his address of record.

It is SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: October 5, 2026